UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60017-BLOOM/Valle

THE TICKTIN LAW GROUP, PLLC,

            Plaintiff,
v.

WINDSTREAM COMMUNICATIONS, LLC.,

            Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff, THE TICKTIN LAW GROUP, PLLC., a Florida Professional Limited Liability Company, and the Defendant, WINDSTREAM COMMUNICATIONS, LLC., an Arkansas Limited Liability Company, by and through the undersigned counsel representing both parties to this action, hereby stipulate to a dismissal of this matter without prejudice, as this Court lacks subject-matter jurisdiction pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. Each party shall bear its own attorney's fees and costs, except as otherwise agreed to by the parties.

Dated: April 4, 2018

Respectfully submitted,

| | |
|---|---|
| /s/Jamie Alan Sasson | /s/ William Kebler |
| Jamie Alan Sasson | William Kebler |
| Florida Bar No.: 10802 | Florida Bar.: 716911 |
| Serv513@LegalBrains.com | wkebler@bankerlopez.com |
| **THE TICKTIN LAW GROUP, PLLC** | |
| 270 SW Natura Avenue | **BANKER LOPEZ GASSLER, P.A.** |
| Deerfield Beach, Florida 33441-1610 | 360 Central Ave; Suite 700 |
| Telephone: (954) 570-6757 | Saint Petersburg, FL 33701-3835 |
| Facsimile: (954) 570-6760 | Telephone: (727)-825-3600 |
| *Attorneys for the Plaintiff* | Facsimile: (727) 821-1968 |
| | *Attorneys for the Defendant* |

Case No. 18-cv-60017-BLOOM/Valle

Respectfully submitted,

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757

_/s/ Jamie Sasson_
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 4, 2018, I electronically filed the foregoing with the document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ Jamie Sasson_
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802

Case No. 18-cv-60017-BLOOM/Valle

## SERVICE LIST

Jamie Alan Sasson
The Ticktin Law Group
270 SW Natura Ave
Deerfield Beach, FL 33441-1610
954-570-6757
Email: Serv513@LegalBrains.com
*Attorneys for Plaintiff*
*Party Name: THE TICKTIN LAW GROUP, PLLC*

Peter David Ticktin
The Ticktin Law Group
270 SW Natura Ave
Deerfield Beach, FL 33441-1610
954-570-6757
Fax: 954-570-6760
Email: pt@legalbrains.com
*Attorneys for Plaintiff*
*Party Name: THE TICKTIN LAW GROUP, PLLC*

William Kebler
Banker Lopez Gassler P.A.
360 Central Ave Ste 700
Saint Petersburg, FL 33701-3835
727-825-3600
Fax: 727-821-1968
Email: wkebler@bankerlopez.com
*Attorneys for Defendant*
*Party Name: WINDSTREAM COMMUNICATIONS, LLC*